FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-1975
_____

GARY EARVEN,

Petitioner,

v.

RICKY DIXON, Secretary of
Florida Department of
Corrections,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

March 6, 2024

PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

OSTERHAUS, C.J., and RAY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gary Earven, pro se, Petitioner.

No appearance for Respondent.